JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 11-00060 DMG (AGRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANTHONY A. ALLEN, | |
| Defendant. | |

Pursuant to the Court's Order re Plaintiff's Motion for Summary Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff United States of America and against Defendant Anthony A. Allen in the amount of $67,060.04, consisting of $28,924.64 in principal and $38,135.40 in prejudgment interest. In addition, Plaintiff is awarded postjudgment interest until the judgment is satisfied and costs of suit.

**IT IS SO ORDERED**.

DATED: February 7, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-